AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

## SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRANDON TURNER | ) | Case No. |
| | ) | 17-100 MAG |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 2, 2017 _____ in the parish of _____ Orleans _____ in the

_____ Eastern _____ District of _____ Louisiana _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC §§ 841(a)(1) and (b)(1)(C). | Distribution of heroin. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Sheila McMillan, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 08/03/2016 _____

*Judge's signature*

City and state: _____ New Orleans, Louisiana _____   Hon. Janis van Meerveld, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SEALED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **MAGISTRATE NO.: 17-100** |
| **v.** | * | |
| **BRANDON TURNER** | * | |
| | * | |

*      *      *

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Sheila McMillan, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being duly sworn, do hereby depose and state that the following is true and correct to the best of my knowledge:

**INTRODUCTION AND EXPERIENCE**

1.      I am a Special Agent with the FBI in New Orleans, Louisiana.  I have been employed with the FBI for approximately one (1) year.  Affiant is currently assigned to the FBI New Orleans Gang Task Force (hereinafter referred to as "FBI NOGTF").  This task force includes federal, state, and local officers investigating illegal gang activity in the Metropolitan New Orleans area.  Affiant has participated in investigations of illegal narcotics trafficking and racketeering offenses, and is thoroughly familiar with the investigative techniques used in these investigations.

2.      I am personally familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from other law enforcement officers with personal knowledge of the facts. The following information was

obtained by me personally or has been provided to your Affiant by other FBI agents and members of the FBI NOGTF and other law enforcement officers.

3.      I make this Affidavit based upon personal knowledge derived from my participation in this investigation, information provided by other agents of the FBI and the FBI NOGTF. Since this Affidavit is submitted only for the limited purpose of securing a criminal complaint, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient to establish probable cause for the complaint sought.

## PROBABLE CAUSE

4.      In July 2017, the FBI NOGTF received information from a Confidential Human Source (hereinafter referred to as "CHS"), regarding the distribution of illegal narcotics, specifically, heroin and fentanyl, in New Orleans, Louisiana, which is in the Eastern District of Louisiana. The CHS informed the FBI NOGTF that these illegal narcotics were being distributed by Brandon **TURNER** (hereinafter referred to as "**TURNER**"), B/M, DOB XX/XX/1978, SSN XXX-XX-7375.

5.      The CHS reported that **TURNER**, a local school bus driver, was distributing heroin and fentanyl from a residential location within New Orleans, Louisiana. Additionally, the CHS reported that **TURNER** was distributing heroin and fentanyl from the school bus near the intersection of St. Claude Avenue and Elysian Fields Avenue in New Orleans, Louisiana.

6.      The CHS has been providing reliable information to the FBI NOGTF since January 2017 regarding narcotics trafficking occurring in New Orleans, Louisiana. The CHS has a criminal history involving possession of marijuana, fraud, and impersonating a police officer. The CHS has previously and is currently being provided monetary compensation for his/her work with the FBI. The information that the CHS has provided in past FBI investigations has led to arrests. As it

2

relates to this investigation, your Affiant has corroborated the information that has been provided by the CHS through independent investigation and surveillance. The information has not been found to be false or misleading. The CHS has known **TURNER** for at least one year and has purchased illegal narcotics such as heroin and Fentanyl from **TURNER** during that period of time.

7.      The CHS has known **TURNER** for at least one year. During that time, the CHS has purchased heroin from **TURNER** on multiple occasions. The CHS provided your Affiant with a physical description of **TURNER**, residential addresses, a description of the vehicle **TURNER** operates, along with the license plate number, as well as telephone numbers utilized by **TURNER**. Your Affiant showed the CHS a photograph of **TURNER**. The CHS positively identified **TURNER** as the individual from whom he/she purchased illegal narcotics.

8.      Based upon the information provided by the CHS, your Affiant and members of the FBI NOGTF elected to conduct a controlled purchase of heroin from **TURNER** on August 1, 2017. In the presence of your Affiant and members of the FBI NOGTF, the CHS placed a recorded and monitored telephone call to **TURNER**, and asked to purchase three hundred dollars ($300.00) worth of heroin. **TURNER** directed the CHS to meet him at an apartment complex located at 8801 Lake Forest Boulevard, New Orleans, Louisiana, 70127. Prior to the purchase, the CHS was searched for narcotics, weapons, money, and contraband. The search revealed that the CHS was not in possession of any of the items. The CHS was provided with three hundred dollars ($300.00) of drug buy money and an audio/video recording device.

9.      Upon arrival, **TURNER** sold the CHS 3.7 grams of a light brown powdery substance in exchange for three hundred dollars ($300.00). The CHS immediately returned to awaiting members of the FBI NOGTF and your Affiant, who confiscated the substance and

3

conducted a field tested. The test yielded a positive result for heroin. This purchase was audio/video recorded.

10. The following day, August 2, 2017, the CHS conducted another controlled purchase of heroin from **TURNER**. In the presence of members of the FBI NOGTF and your Affiant, the CHS placed a recorded and monitored telephone call, and requested two hundred dollars ($200.00) worth of heroin. **TURNER** advised the CHS to meet him at 1020 Edenborn Avenue, Metairie, Louisiana, 70001. Prior to the purchase, the CHS was searched for narcotics, weapons, money, and contraband. The search revealed that the CHS was not in possession of any of the items. The CHS was provided with two hundred dollars ($200.00) of drug buy money and an audio/video recording device.

11. Upon arriving at the location, **TURNER** sold 2.2 grams of a light brown powdery substance to the CHS in exchange for two hundred dollars ($200.00). The CHS immediately returned to awaiting members of the FBI NOGTF and your Affiant, who confiscated the substance and conducted a field tested. The test yielded a positive result for heroin. This purchase was audio/video recorded.

12. **TURNER** was convicted in 2010 in the Eastern District of Louisiana in Case No. 10-197 "G" for his role in a heroin conspiracy and is currently on federal supervised release.

4

## CONCLUSION

Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause  for the arrest of **BRANDON TURNER** for violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

_____
Sheila McMillan, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me on
August 3, 2017, in New Orleans, Louisiana.

HONORABLE JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE

5