

MINUTE ENTRY
AUGUST 4, 2017
VAN MEERVELD, M. J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-100 |
| BRANDON TURNER | SECTION: MAG |

### INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/~~WITHOUT~~ COUNSEL  _____

_____

X  ASSISTANT U.S. ATTORNEY    BRITTANY REED
___ INTERPRETER  _____

Designated by Court and sworn.    Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE COMPLAINT WAS:
    READ   WAIVED   ~~SUMMARIZED~~

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 08

SEALED

__/ BAIL SET AT _____

_____

_____

_____

_____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT (PRELIMINARY HEARING)/REMOVAL HEARING/
ARRAIGNMENT IS SET FOR ___August 18, 2017 at 10:00 a.m___

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
___August 7, 2017 at 2:00 p.m.___

X / DEFENDANT ORDERED TO RE-APPEAR FOR (PRELIMINARY HEARING)/REMOVAL HEARING/ARRAIGNMENT/(DETENTION HEARING)/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

JVM