UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 18-12 |
| BRANDON TURNER | SEC. "A" MAG. 5 |

### ORDER

Upon request of the defendant, the Court hereby issues a clarification of sentence. Accordingly,

**IT IS ORDERED** that the Defendant Brandon Turner be given credit for time served from the date of his arrest on August 3, 2017.

**IT IS FURTHER ORDERED** that the sentence in the above captioned matter run **CONCURRENT** to his sentence in case number 2:10-cr-197-G

New Orleans, Louisiana, Tuesday, April 16, 2019.

_____
Judge Jay C. Zainey
United States District Court